IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

v.                                              Criminal Case No. 2:24-MJ-19

PAUL CHRISTOPHER JOHNSON,

        **Defendant.**

## MOTION TO DETAIN

In view of the Probation Officer's petition in this matter, the United States moves to detain the defendant pursuant to Rule 32.1(a)(6) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3143(a)(1).

**DATED:** October 28, 2024

        Respectfully submitted:

        UNITED STATES OF AMERICA
        WILLIAM IHLENFELD
        United States Attorney

        /s/ Stephen Warner
        Assistant United States Attorney
        300 Third Street, Suite 300
        Elkins, WV  26241
        Telephone: (304) 636-1739